# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MYIA SHANISE MORGAN,<br><br>　　　　　　　Defendant. | CASE NO.:  21 CR-2673-WQH<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that defendant Myia Morgan's Sentencing Hearing is continued to **November 14, 2022 at 9:00 a.m.**

　　　**SO ORDERED.**

Dated:  April 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court